**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIKE PEREZ,** | **CIVIL ACTION NO. 1:05-CV-2682** |
| Plaintiff | (Judge Conner) |
| v. | |
| **DOCTOR GARY LONDIS**, et al., | |
| Defendants | |

**ORDER**

AND NOW, this 15th day of February, 2008, upon consideration of plaintiff's motion to compel (Doc. 54) the warden at his present place of incarceration to produce all payments withdrawn out of his inmate account payable to the Middle District of Pennsylvania to verify payment of his "PLRA payments," and that the court has undertaken review of the filing fees received in this matter thus far and has determined that the original district court filing fee of $250.00 has been paid in full as of May 5, 2006, see Doc 12 (receipt for $91.46); Doc. 19 (receipt for $61.92); Doc. 25 (receipt for $96.62), and that the filing fee of $455.00 for his appeal to the United States Court of Appeals for the Third Circuit was paid in full as of December 26, 2007, see Doc. 45 (receipt for $112.31); Doc. 46 (receipt $80.00); Doc. 48 (receipt for $42.01); (Doc. 49 (receipt for $40.00); Doc. 50 (receipt for $62.01; Doc. 51 (receipt for $118.67), and that the inmate accounts department at plaintiff's present place of incarceration was notified on December 27, 2007, *via* correspondence (Doc. 52) from

the Finance Administrator of the United States District Court for the Middle District of Pennsylvania that plaintiff was paid in full, it is hereby ORDERED that plaintiff's motion (Doc. 54) is DENIED.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge